IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | :   Cr. A. No. 11- 17 - UNA |
| | : |
| AEGIS ELECTRONIC GROUP, INC. | : |

## INFORMATION

The Acting United States Attorney for the District of Delaware charges:

### COUNT I

From in or about August 2008, to in or about February 2009, in the District of Delaware and elsewhere, defendant **AEGIS ELECTRONIC GROUP, INC.,** an Arizona corporation with its principal place of business in Gilbert, Arizona, knowingly and willfully attempted to export from the United States to the Islamic Republic of Iran, and caused the attempted export to the Islamic Republic of Iran, and caused the attempted supply to the Islamic Republic of Iran of two Hitachi JU-Z2 Junction Units (camera control box, 8-port multiple television camera control delegation switch), without the required authorization from the Office of Foreign Asset Control, Department of the Treasury, having first been obtained, in violation of Title 50, United States Code, Sections 1702 and 1705(b), and Title 18, United States Code, Section 2, and Title 31, Code of Federal Regulations, Section 560.

DAVID C. WEISS
Attorney for the United States
Acting Under Authority Conferred by 28 U.S.C. § 515

Dated: 2/28/11

By: _____
David L. Hall
Assistant United States Attorney

FILED

MAR 1 2011

U.S. DISTRICT COURT DISTRICT OF DELAWARE